UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-----------------------------------------------------X
IN RE:

NORMAN GERSHON,

                  Debtor.
-----------------------------------------------------X

**CHAPTER 13**

**CASE NO. 09-35191 (CGM)**

## ORDER AWARDING SANCTIONS

       The attorneys for the debtor in the above-referenced case, GENOVA & MALIN,

having moved this Court for an Order for Sanctions, as set forth in the Notice of Motion an Motion,

dated October 8, 2009, and the Affidavit of the Debtor sworn to October 8, 2009, and upon reading

and filing of the Notice of said Motion and Motion in support thereof, and after hearing Andrea B.

Malin, Esq. on the 17th day of November, 2009, and there having been no appearance in opposition

thereto, and due deliberation having been had thereon,

       **NOW,** on motion of GENOVA & MALIN, attorneys for the debtor, pursuant to 11

U.S.C. §105 and Federal Rule of Bankruptcy Procedure 9011, it is

       **ORDERED,** that SONKIN, FIFER and SONKIN & FIFER have violated Rule 9011

and U.S.C. §105 by filing of Claim No. 7; and it is further

       **ORDERED,** that the debtor is hereby awarded attorneys fees in the sum of $ 1,792.50

and costs and disbursements in the sum of $31.50 and that SONKIN, FIFER and SONKIN & FIFER

must pay same to the order of the debtor within ten (10) days of the entry of this

order and that the debtor have judgment therefore.

Dated: Poughkeepsie, New York
        November        , 2009


_____
                                UNITED STATES BANKRUPTCY JUDGE